In the Matter of MOREWOOD REALTY HOLDING COMPANY, Appellant, against BOARD OF SUPERVISORS OF NASSAU COUNTY, Respondent.

(Argued October 1, 1934; decided October 16, 1934.)

*Yorke Allen* for appellant.

*James L. Dowsey, County Attorney (G. Burchard Smith* and *Le Roy G. Edwards* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.